IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02296-REB-CBS

BOB CUSTARD,
    Plaintiff,
v.

DAVID ALLRED,
YVETTE BROUILLET-FETTERHOFF,
BUREAU OF PRISONS,
CHAVEZ,
CORDOVA,
ENCARANANZE,
FIEF,
ANDREW FENLON,
B. KASDON,
KOCH-COULTER,
PATRICIA RANGEL,
PAUL ZOHN, and
ZONNO,
    Defendants.

ORDER

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Custard's "Request to Appoint Counsel" (Doc. #102) and "Renewed Motion for Rulings" (Doc. #108). Also before the court is Plaintiff's "Motion for Correction of the Record" (Doc. #104) and "Motion for Order to Correct Court Order" (Doc. #106). Pursuant to the Order Referring Case dated January 2, 2014 (Doc. # 31) and the memorandums dated September 25, 2014 (Doc. #103), October 20, 2014 (Doc. #109), October 7, 2014 (Doc. #105), and October 14, 2014 (Doc. #107), respectively, these matters were referred to the Magistrate Judge. The court has reviewed the matters, the entire case file, and the applicable law and is sufficiently advised in the premises.

    Pursuant to Plaintiff's request, Doc. #102 is stricken. (*See* Doc. #104). Plaintiff's September 20, 2014 "actual motion," as referred to in Doc. #104, was docketed as #106,

"Motion for Order to Correct Court Order."  The court acknowledges the discrepancy between Doc. #26 and footnote 3 in Doc. #101, in which the court incorrectly stated that claim 7 had been dismissed for failure to pay the $400 filing fee.  Finally, Mr. Custard's request for rulings was addressed in Doc. #101.

Accordingly, it is

ORDERED that Mr. Custard's "Motion for Correction of the Record" (Doc. #104) is GRANTED to the extent it seeks to strike Doc. #102.  It is

FURTHER ORDERED that Mr. Custard's "Request to Appoint Counsel" (Doc. #102) is STRICKEN.  It is

FURTHER ORDERED that Mr. Custard's "Motion for Order to Correct Court Order" (Doc. #106) is DENIED as unnecessary.  It is

FURTHER ORDERED that Mr. Custard's "Renewed Motion for Rulings" (Doc. #108) is DENIED as repetitive of earlier requests.

DATED at Denver, Colorado, this 21st day of October, 2014.

BY THE COURT:

   s/Craig B. Shaffer
United States Magistrate Judge