**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-02296-REB-CBS

BOB CUSTARD,

    Plaintiff,

v.

DAVID ALLRED,
YVETTE BROUILLET-FETTERHOFF,
BUREAU OF PRISONS,
CHAVEZ,
CORDOVA,
ENCARANANZE,
FIEF,
ANDREW FENLON,
B. KASDON,
KOCH-COULTER,
PATRICIA RANGEL,
PAUL ZOHN, and
ZONNO,

    Defendants.

## ORDER OVERRULING OBJECTION

The matter before the court is the **Plt'f Motion & Combined Objection To District Judge Robert E. Blackburn To Vacate and/or Otherwise Overturn & Reschedule the 4/6/14 Sched Conference that is the Subject of the Clearly Erroneous & Contrary to Law Order (Doc. 51)** [#56][1] filed March 10, 2014. The order [#51] to which this motion is addressed is an order of the magistrate judge setting a status conference in this case. I overrule the objection and deny the motion.

---

[1] "[#56]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Under 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(a), I may modify or set aside any portion of the order of a magistrate judge which I find to be clearly erroneous or contrary to law. Nothing about the order [#51] of the magistrate judge is clearly erroneous or contrary to law.

**THEREFORE, IT IS ORDERED** that the **Plt'f Motion & Combined Objection To District Judge Robert E. Blackburn To Vacate and/or Otherwise Overturn & Reschedule the 4/6/14 Sched Conference that is the Subject of the Clearly Erroneous & Contrary to Law Order (Doc. 51)** [#56] filed March 10, 2014, is overruled and denied.

Dated March 16, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge