IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02296-REB-CBS

BOB CUSTARD,
     Plaintiff,
v.

DAVID ALLRED,
YVETTE BROUILLET-FETTERHOFF,
BUREAU OF PRISONS,
CHAVEZ,
CORDOVA,
ENCARANANZE,
FIEF,
ANDREW FENLON,
B. KASDON,
KOCH-COULTER,
PATRICIA RANGEL,
PAUL ZOHN, and
ZONNO,
     Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on the "Motion for Production of Documents." (Doc. 213).   Pursuant to the Order Referring Case dated January 2, 2014 (Doc. 31) and the memorandum dated September 29, 2015 (Doc. 214), this matters was referred to the Magistrate Judge. The court has reviewed the motion, the entire case file, and the applicable law and is sufficiently advised in the premises.

Although it has been docketed as a "Motion for Production of Documents", Doc. No. 213 is, in actuality, two separate requests. The first is a Request for Production of Documents pursuant to Fed. R. Civ. P. 34. Such a request is directed to the Defendants and requires no action on the part of the court. The second document is a "Motion to Withdraw Plaintiff's Separate Notice of Filing Amended Complaint (Doc. 206)." Pursuant to Plaintiff's request, Doc. No. 206 is withdrawn.

Accordingly, it is

ORDERED that Mr. Custard's "Motion to Withdraw Plaintiff's Separate Notice of Filing Amended Complaint (Doc. 206)" (Doc. 213) is GRANTED to the extent it seeks to withdraw Doc. No. 206.

DATED at Denver, Colorado, this 30th day of September, 2015.

BY THE COURT:


   s/Craig B. Shaffer
United States Magistrate Judge