IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02296-REB-CBS

BOB CUSTARD,
    Plaintiff,
v.

DAVID ALLRED,
YVETTE BROUILLET-FETTERHOFF,
BUREAU OF PRISONS,
CHAVEZ,
CORDOVA,
ENCARANANZE,
FIEF,
ANDREW FENLON,
B. KASDON,
KOCH-COULTER,
PATRICIA RANGEL,
PAUL ZOHN, and
ZONNO,
    Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff's "Request for Production of Documents, Information, and Things Consistent with F.R.C.P. 26." (Doc. 216). Pursuant to the Order Referring Case dated January 2, 2014 (Doc. 31) and the memorandum dated October 8, 2015 (Doc. 217), this matter was referred to the Magistrate Judge. The court has reviewed Plaintiff's filing, the entire case file, and the applicable law and is sufficiently advised in the premises.

    Although it has been docketed as a Motion, Doc. No. 216 is, in actuality, a Request for Production of Documents pursuant to Fed. R. Civ. P. 34. Such a request is directed to the Defendants and requires no action on the part of the court.

    DATED at Denver, Colorado, this 13th day of October, 2015.

BY THE COURT:

   s/Craig B. Shaffer
United States Magistrate Judge