IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02296-REB-CBS

BOB CUSTARD,
    Plaintiff,
v.

DAVID ALLRED,
YVETTE BROUILLET-FETTERHOFF,
BUREAU OF PRISONS,
CHAVEZ,
CORDOVA,
ENCARANANZE,
FIEF,
ANDREW FENLON,
B. KASDON,
KOCH-COULTER,
PATRICIA RANGEL,
PAUL ZOHN, and
ZONNO,
    Defendants.

## ORDER

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Plaintiff's "Request for Production of Documents, Information, and Things Consistent with F.R.C.P. 26" (Doc. 219) and his "Request for Admissions" (Doc. 220). Pursuant to the Order Referring Case dated January 2, 2014 (Doc. 31) and the memorandum dated October 14, 2015 (Doc. 221), this matter was referred to the Magistrate Judge. The court has reviewed Plaintiff's filings, the entire case file, and the applicable law and is sufficiently advised in the premises.

    Although they have been docketed as Motions, Docs. No. 219 and 220 are, in actuality, a Request for Production of Documents pursuant to Fed. R. Civ. P. 34, and a Request for Admission pursuant to F.R.C.P. 36. Such requests are directed to the Defendants and require no action on the part of the court.

DATED at Denver, Colorado, this 14th day of October, 2015.

BY THE COURT:

   s/Craig B. Shaffer
United States
Magistrate Judge

2