IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 13-cv-02296-REB-CBS          Date:  January 13, 2016
Courtroom Deputy: Amanda Montoya          FTR – Reporter Deck-Courtroom A402

*Parties:*                                *Counsel:*

BOB CUSTARD,                              *Pro se*

Plaintiff,

v.

DAVID ALLRED, *et al.,*                   Timothy Jafek

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 10:03 a.m.**
Court calls case.  Appearances of counsel.  Mr. Custard appears by video conference.

Discussion and argument regarding pending motions.  Mr. Custard advises the court that he is missing some pages of the motions.

The following rulings and recommendations are made from the bench:

**ORDERED:**     The court RECOMMENDS *[169] Plaintiff's Motion for Judgment on the Pleadings* be **DENIED.**

*[184] Plaintiff's Objections to Defendant's Non-Compliance With Discovery Request Procedures (doc. 166) and Plaintiff's Motion for Appropriate Court Orders to Compel Compliance* is **DENIED.**

The court asks for clarification in regards to *[185] Plaintiff's Motion for Subpoenas* as it is illegible.

**ORDERED:**     *[185] Plaintiff's Motion for Subpoenas* is **DENIED without prejudice.**

The court RECOMMENDS *[187] Motion for Discovery* be **DENIED.**

The court RECOMMENDS *[204] Motion for Preliminary Injunction* be **DENIED.** *[233] Plaintiff's Motion for Order to Court's Clerk to Provide Copy of Court Filings In This Case to Plaintiff Without Charge* is **GRANTED.** The Clerk's Office is ordered to send the Plaintiff a copy of the docket in this case. This is the only time the court will provide the Plaintiff with these documents.

The court ORDERS a transcript be prepared of this hearing. The transcript shall be sent to Magistrate Judge Shaffer's chambers. Judge Shaffer's staff will then mail a copy to the Plaintiff. A copy of all cases referenced from the bench will be sent along with the transcript.

The 14 days for which the Plaintiff can file his objections to today's ruling and or recommendations will start to run from the day the transcript and cases are sent to the Plaintiff.

A further Motion Hearing is set for **January 19, 2016 at 1:30 p.m.** to address the remainder of the pending referred motions.

HEARING CONCLUDED.

**Court in recess: 11:04 a.m.**
Total time in court: 01:01

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.